F I L E D
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>          Plaintiff,         )<br>                            )<br>     vs.                    )<br>                            )<br>JUNG YAO TSAI, et al.,       )<br>                            )<br>          Defendant.        )<br>_____) | CRIMINAL CASE NO. 01-00010<br><br>NOTICE OF RELEASE OF EXHIBITS |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this  21st  day of  November , 2005

GALO L. PEREZ, Clerk of Court

By: __Ignacio C. Benavente__
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| U.S.A. -vs- Jung Yao Tsai, Chung Mao Tsai and Lawrence Fleming | | District Court<br>NORTHERN MARIANA ISLANDS |
| Government's Attorney<br>John Rice | Defendant's Attorneys<br>Colin Thompson, Danilo Aguilar and Timothy Bellas | Docket Number: CR-01-00010<br>Trial Date(s): 06/24/02, 06/25/02, 06/26/02, 06/27/02 and 06/28/02 |
| Presiding Judge<br>HONORABLE ALEX R. MUNSON | Court Reporter<br>Sanae N. Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 06/24/02 | witness | witness | RAY RENGUUL |
| 101 | | 06/24/02 | 06/24/02 | 06/24/02 | Photo of Taiwan Restaurant |
| 1 | | 06/24/02 | 06/24/02 | 06/26/02 | Evidence Bag marked December 27, 2000 |
| 13 | | 06/24/02 | 06/24/02 | 06/24/02 | Micro Cassette Tape - December 27, 2000 |
| 13A | | 06/24/02 | 06/24/02 | 06/25/02 | Evidence Bag for the Micro Cassette Tape |
| 13T | | 06/24/02 | 06/24/02 | 06/24/02 | Transcript of Micro Cassette of 12/27/2000 |
| 14 | | 06/24/02 | 06/24/02 | 06/24/02 | Micro Cassette Tape - December 29, 2000 |
| 14A | | 06/24/02 | 06/24/02 | 06/24/02 | Evidence Bag for the Micro Cassette Tape |
| 14T | | 06/24/02 | 06/24/02 | 06/24/02 | Transcript of Micro Cassette of 12/29/2000 |
| 104 | | 06/24/02 | 06/24/02 | 06/24/02 | Photo of Ping Pong Market |
| 2 | | 06/24/02 | 06/24/02 | 06/26/02 | Ice purchased by Fernando Benavente on Controlled Buy |
| 15 | | 06/24/02 | 06/24/02 | 06/24/02 | Micro Cassette Tape - December 29, 2000 |
| 15A | | 06/24/02 | 06/24/02 | 06/24/02 | Evidence Bag for the Micro Cassette Tape dated December 29, 2000 |
| 15T | | 06/24/02 | 06/24/02 | 06/24/02 | Transcript of Micro Cassette of 12/29/02 |
| 38 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Tony Gabaldon |
| 16 | | 06/25/02 | 06/25/02 | 06/25/02 | Micro Cassette Tape on 02/03/01 |
| 16A | | 06/25/02 | 06/25/02 | 06/25/02 | Evidence Bag of Micro Cassette Tape of 02/03/01 |
| 16T | | 06/25/02 | 06/25/02 | 06/25/02 | Transcript of Micro Cassette Tape of 02/03/01 (Lawrence Fleming & Cabrera) |
| 17 | | 06/25/02 | 06/25/02 | 06/25/02 | Micro Cassette Tape 02/03/01 |
| 17A | | 06/25/02 | 06/25/02 | 06/25/02 | Evidence Bag of Micro Cassette Tape of 02/03/01 |
| 17T | | 06/25/02 | 06/25/02 | 06/25/02 | Transcript of Micro Cassette Tape of 02/03/01 |
| 109 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of undercover vehicle at Carolinian Utt |
| 18 | | 06/25/02 | 06/25/02 | 06/25/02 | Micro Cassette Tape Of 02/03/01 |
| 18A | | 06/25/02 | 06/25/02 | 06/25/02 | Evidence Bag of Micro Cassette Tape of 02/03/01 |
| 18T | | 06/25/02 | 06/25/02 | 06/25/02 | Transcript of Micro Cassette Tape of 02/03/01 (Cabrera and Mary Jane Fleming) |
| 35 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of "Nancy" |
| 98 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Libo Wang |
| 9 | | 06/25/02 | 06/25/02 | 06/26/02 | "Ice" seized on controlled buy of 02/21/01 |
| 59 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial exhibit #9 |
| 27 | | 06/25/02 | 06/25/02 | 06/26/02 | Tape of phone call regarding controlled buy on 3/2/01 |
| 27T | | 06/25/02 | 06/25/02 | 06/26/02 | Transcript of phone call regarding controlled buy on 3/2/01 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27A | | 06/25/02 | 06/25/02 | 06/26/02 | Evidence Bag for Tape Cassette of 3/2/01 |
| 92 | | 06/25/02 | 06/25/02 | 06/27/02 | Photo of Taiwan Commercial Building |
| 12 | ✓ | 06/25/02 | 06/25/02 | 06/26/02 | "Ice" seized from controlled buy on 03/02/01 |
| 97 | | 06/25/02 | 06/25/02 | 06/27/02 | Photo of SIS Playground |
| 62 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for exhibit #12 |
| 29 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Jung Yao Tsai |
| 30 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Chung Mao Tsai |
| 31 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Lawrence Fleming |
| 32 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Mary Jane Fleming |
| | A | 06/25/02 | 06/25/02 | | Business License of Wu Ying Corporation |
| | B | 06/25/02 | 06/25/02 | | Annual Corporation Report of Wu Ying Corporation |
| W2 | | 06/25/02 | witness | witness | GARY GOLDBERG |
| 3 | ✓ | 06/25/02 | 06/25/02 | 06/27/02 | Ice seized on 1/24/01 |
| 5 | ✓ | 06/25/02 | 06/25/02 | 06/25/02 | Ice seized on 2/7/01 |
| 53 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial Ex. 3 |
| 55 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial Ex. 5 |
| W3 | | 06/25/02 | witness | witness | ALBERT PALACIOS |
| 8 | ✓ | 06/25/02 | 06/25/02 | 06/26/02 | Ice seized from search on 2/19/01 |
| 58 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial Ex. 8 |
| W4 | | 06/25/02 | witness | witness | DENNIS REYES |
| 52 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial exhibit #2 |
| W5 | | 06/25/02 | witness | witness | FRANK QUITUGUA |
| 36 | | 06/25/02 | 06/25/02 | 06/25/02 | List of serial numbers of money used for controlled buy on 1/24/01 |
| 37 | | 06/25/02. | 06/25/02 | 06/25/02 | List of serial numbers of money used for controlled buy on 02/03/01 |
| 38 | | 06/25/02. | 06/25/02 | 06/25/02 | List of serial numbers of money used for controlled buy on 02/07/01 |
| 39 | | 06/26/02 | 06/26/02 | 06/26/02 | List of serial numbers of money used for controlled buy on 02/21/01 |
| W6 | | 06/26/02 | witness | witness | RASHIDA WEATHERS |
| 4 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/3/01 |
| 6 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/16/01 |
| 7 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/19/01 |
| 10 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/25/01 |
| 51 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #1 |
| 54 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #4 |
| 56 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #6 |
| 57 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #7 |
| 60 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #10 |
| W8 | | 06/26/02 | witness | witness | NANCY YANG |
| 17 | | 06/26/02 | 06/26/02 | 06/27/02 | Phone records for 287 6988 |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 06/26/02 | 06/26/02 | 06/27/02 | Phone records for 234-9922 |
| 105 | | 06/26/02 | 06/26/02 | 06/26/02 | (Offered by Atty. Thompson) Photo of Minami Bar |
| W9 | | 06/27/02 | witness | witness | ERLIA IDIP |
| 13 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 287-9899 |
| 46 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 288-1088 |
| 49 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 233-5526 |
| 99 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 288-2283 |
| W10 | | 06/27/02 | witness | witness | EDWIN MENDIOLA CABRERA |
| | C | 06/27/02 | 06/27/02 | | Statement of Edwin Cabrera signed on February 3rd |
| W11 | | 06/27/02 | witness | witness | FLOR ESTABILIO |
| 94 | | 06/27/02 | 06/27/02 | 06/27/02 | Photo of Saipan International School (SIS) |
| 136 | | 06/27/02 | 06/27/02 | | Figures on Paper regarding the distance between SIS to Taiwan Center |
| 137 | | 06/27/02 | 06/27/02 | 06/27/02 | Ultralyte Certification card for Officer Estabilio |
| W12 | | 06/27/02 | witness | witness | ALBERT TAITANO |
| 73 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-36 |
| 63 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 64 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 65 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 66 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 67 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 68 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 39 | | 06/27/02 | 06/27/02 | 06/27/02 | Photo of money Ex. N-35 |
| 70 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 Ex. #2 |
| 73 | | 06/27/02 | 06/27/02 | 06/27/02 | Photo of money Ex. N-36 |
| 76 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 Ex. #1 |
| 77 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 78 | | 06/27/02 | 06/27/02 | | Photo of money |
| 79 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 Ex. #3 |
| 86 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-5 Ex. #2 |
| W13 | | 06/27/02 | witness | witness | BERNARD SANTOS |
| 40 | | 06/27/02 | 06/27/02 | 06/27/02 | List of serial numbers of money used for controlled buy on 3/2/01 |
| W14 | | 06/27/02 | witness | witness | ISMAEL AGUON |
| W15 | | 06/27/02 | witness | witness | JOSEPH AGULTO |
| W16 | | 06/27/02 | witness | witness | DEBORAH MUUSERS |
| 133 | | 06/27/02 | 06/27/02 | | Written Report for Currency used for controlled buy |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 134 | | 06/27/02 | 06/27/02 | | Report of Investigation dated 3/7/01 |
| 13? | | 06/27/02 | 06/27/02 | 06/27/02 | Cellular & Phone Toll Analysis |
| | D | 06/27/02 | 06/27/02 | | Report of Investigation done by DEA Agent Muusers (Mary Jane Fleming) |
| | W1 | 06/28/02 | witness | witness | RICHARD LIZAMA |
| 138 | | 06/28/02 | 06/28/02 | | Entry Permit Papers for Ms. Yang (LIDS) |
| | W2 | 06/28/02 | witness | witness | FRANCES RUBUENOG |
| 139 | | 06/28/02 | 06/28/02 | | Report written by DEA re: Investigation of Ms. Yang |

Gov't exhibits 1-10, 12
(?) checkmarked items withdrawn from
Court by DEA SA D.Muusers
(?) Muuser 7/22/02

Witness By: _____
Chief Deputy

Exhibits (Highlighted in Green) were withdrawn
from the Court by DEA SA Ray Rengull on 9/09/02.

Signed: _____

Witnessed by: _____
Deputy Clerk