IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00010 |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| JUNG YAO TSAI, et al., | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 6th day of January, 2006.

Galo L. Perez, Clerk of Court

By: _____
Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- Jung Yao Tsai, Chung Mao Tsai and Lawrence Fleming | | District Court<br>NORTHERN MARIANA ISLANDS |
|---|---|---|
| Government's Attorney<br>John Rice | Defendant's Attorneys<br>Colin Thompson, Danilo Aguilar and Timothy Bellas | Docket Number: CR-01-00010<br>Trial Date(s): 06/24/02, 06/25/02, 06/26/02, 06/27/02 and 06/28/02 |
| Presiding Judge<br>HONORABLE ALEX R. MUNSON | Court Reporter<br>Sanae N. Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 06/24/02 | witness | witness | RAY RENGUUL |
| 101 | | 06/24/02 | 06/24/02 | 06/24/02 | Photo of Taiwan Restaurant |
| 1 | AW | 06/24/02 | 06/24/02 | 06/26/02 | Evidence Bag marked December 27, 2000 |
| 13 | | 06/24/02 | 06/24/02 | 06/24/02 | Micro Cassette Tape - December 27, 2000 |
| 13A | | 06/24/02 | 06/24/02 | 06/25/02 | Evidence Bag for the Micro Cassette Tape |
| 13T | | 06/24/02 | 06/24/02 | 06/24/02 | Transcript of Micro Cassette or 12/27/2000 |
| 14 | | 06/24/02 | 06/24/02 | 06/24/02 | Micro Cassette Tape - December 29, 2000 |
| 14A | | 06/24/02 | 06/24/02 | 06/24/02 | Evidence Bag for the Micro Cassette Tape |
| 14T | | 06/24/02 | 06/24/02 | 06/24/02 | Transcript of Micro Cassette of 12/29/2000 |
| 104 | | 06/24/02 | 06/24/02 | 06/24/02 | Photo of Ping Pong Market |
| 2 | AW | 06/24/02 | 06/24/02 | 06/26/02 | Ice purchased by Fernando Benavente on Controlled Buy |
| 15 | | 06/24/02 | 06/24/02 | 06/24/02 | Micro Cassette Tape - December 29, 2000 |
| 15A | | 06/24/02 | 06/24/02 | 06/24/02 | Evidence Bag for the Micro Cassette Tape dated December 29, 2000 |
| 15T | | 06/24/02 | 06/24/02 | 06/24/02 | Transcript of Micro Cassette of 12/29/02 |
| 98 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Tony Gabaldon |
| 16 | | 06/25/02 | 06/25/02 | 06/25/02 | Micro Cassette Tape on 02/03/01 |
| 16A | | 06/25/02 | 06/25/02 | 06/25/02 | Evidence Bag of Micro Cassette Tape of 02/03/01 |
| 16T | | 06/25/02 | 06/25/02 | 06/25/02 | Transcript of Micro Cassette Tape of 02/03/01 (Lawrence Fleming & Cabrera) |
| 17 | | 06/25/02 | 06/25/02 | 06/25/02 | Micro Cassette Tape 02/03/01 |
| 17A | | 06/25/02 | 06/25/02 | 06/25/02 | Evidence Bag of Micro Cassette Tape of 02/03/01 |
| 17T | | 06/25/02 | 06/25/02 | 06/25/02 | Transcript of Micro Cassette Tape of 02/03/01 |
| 109 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of undercover vehicle at Carolinian Utt |
| 18 | | 06/25/02 | 06/25/02 | 06/25/02 | Micro Cassette Tape Of 02/03/01 |
| 18A | | 06/25/02 | 06/25/02 | 06/25/02 | Evidence Bag of Micro Cassette Tape of 02/03/01 |
| 18T | | 06/25/02 | 06/25/02 | 06/25/02 | Transcript of Micro Cassette Tape of 02/03/01 (Cabrera and Mary Jane Fleming) |
| 35 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of "Nancy" |
| 88 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Libo Wang |
| 9 | AW | 06/25/02 | 06/25/02 | 06/26/02 | "Ice" seized on controlled buy of 02/21/01 |
| 59 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial exhibit #9 |
| 27 | | 06/25/02 | 06/25/02 | 06/26/02 | Tape of phone call regarding controlled buy on 3/2/01 |
| 27T | | 06/25/02 | 06/25/02 | 06/26/02 | Transcript of phone call regarding controlled buy on 3/2/01 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27A | | 06/25/02 | 06/25/02 | 06/26/02 | Evidence Bag for Tape Cassette of 3/2/01 |
| 92 | | 06/25/02 | 06/25/02 | 06/27/02 | Photo of Taiwan Commercial Building |
| 12 | ✓ | 06/25/02 | 06/25/02 | 06/26/02 | "Ice" seized from controlled buy on 03/02/01 |
| 97 | | 06/25/02 | 06/25/02 | 06/27/02 | Photo of SIS Playground |
| 62 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for exhibit #12 |
| 29 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Jung Yao Tsai |
| 30 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Chung Mao Tsai |
| 31 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Lawrence Fleming |
| 32 | | 06/25/02 | 06/25/02 | 06/25/02 | Photo of Mary Jane Fleming |
| | A | 06/25/02 | 06/25/02 | | Business License of Wu Ying Corporation |
| | B | 06/25/02 | 06/25/02 | | Annual Corporation Report of Wu Ying Corporation |
| W2 | | 06/25/02 | witness | witness | GARY GOLDBERG |
| 3 | ✓ | 06/25/02 | 06/25/02 | 06/27/02 | Ice seized on 1/24/01 |
| 5 | ✓ | 06/25/02 | 06/25/02 | 06/25/02 | Ice seized on 2/7/01 |
| 53 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial Ex. 3 |
| 55 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial Ex. 5 |
| W3 | | 06/25/02 | witness | witness | ALBERT PALACIOS |
| 8 | ✓ | 06/25/02 | 06/25/02 | 06/26/02 | Ice seized from search on 2/19/01 |
| 58 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial Ex. 8 |
| W4 | | 06/25/02 | witness | witness | DENNIS REYES |
| 52 | | 06/25/02 | 06/25/02 | | Laboratory receipt and report for trial exhibit #2 |
| W5 | | 06/25/02 | witness | witness | FRANK QUITUGUA |
| 36 | | 06/25/02 | 06/25/02 | 06/25/02 | List of serial numbers of money used for controlled buy on 1/24/01 |
| 37 | | 06/25/02. | 06/25/02 | 06/25/02 | List of serial numbers of money used for controlled buy on 02/03/01 |
| 38 | | 06/25/02. | 06/25/02 | 06/25/02 | List of serial numbers of money used for controlled buy on 02/07/01 |
| 39 | | 06/26/02 | 06/26/02 | 06/26/02 | List of serial numbers of money used for controlled buy on 02/21/01 |
| W6 | | 06/26/02 | witness | witness | RASHIDA WEATHERS |
| 4 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/3/01 |
| 6 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/16/01 |
| 7 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/19/01 |
| 10 | ✓ | 06/26/02 | 06/26/02 | 06/26/02 | Ice seized from controlled buy on 2/25/01 |
| 51 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #1 |
| 54 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #4 |
| 56 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #6 |
| 57 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #7 |
| 60 | | 06/26/02 | 06/26/02 | | Laboratory receipt and report for trial exhibit #10 |
| W8 | | 06/26/02 | witness | witness | NANCY YANG |
| 47 | | 06/26/02 | 06/26/02 | 06/27/02 | Phone records for 287-6988 |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 48 | | 06/26/02 | 06/26/02 | 06/27/02 | Phone records for 234-5822 |
| 105 | | 06/26/02 | 06/26/02 | 06/26/02 | (Offered by Atty. Thompson) Photo of Minami Bar |
| W9 | | 06/27/02 | witness | witness | ERLIA IDIP |
| 45 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 287-9899 |
| 46 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 288-1088 |
| 49 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 233-5526 |
| 50 | | 06/27/02 | 06/27/02 | 06/27/02 | Phone records for 288-2283 |
| W10 | | 06/27/02 | witness | witness | EDWIN MENDIOLA CABRERA |
| | C | 06/27/02 | 06/27/02 | | Statement of Edwin Cabrera signed on February 3rd |
| W11 | | 06/27/02 | witness | witness | FLOR ESTABILIO |
| 94 | | 06/27/02 | 06/27/02 | 06/27/02 | Photo of Saipan International School (SIS) |
| 136 | | 06/27/02 | 06/27/02 | | Figures on Paper regarding the distance between SIS to Taiwan Center |
| 137 | | 06/27/02 | 06/27/02 | 06/27/02 | Ultralyte Cetification card for Officer Estabilio |
| W12 | | 06/27/02 | witness | witness | ALBERT TAITANO |
| 73 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-36 |
| 63 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 64 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 65 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 66 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 67 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 68 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 69 | | 06/27/02 | 06/27/02 | 06/27/02 | Photo of money Ex. N-35 |
| 70 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 Ex. #2 |
| 73 | | 06/27/02 | 06/27/02 | 06/27/02 | Photo of money Ex. N-36 |
| 76 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 Ex. #1 |
| 77 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 |
| 78 | | 06/27/02 | 06/27/02 | | Photo of money |
| 79 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-35 Ex. #3 |
| 86 | | 06/27/02 | 06/27/02 | | Photo of money Ex. N-5 Ex. #2 |
| W13 | | 06/27/02 | witness | witness | BERNARD SANTOS |
| 40 | | 06/27/02 | 06/27/02 | 06/27/02 | List of serial numbers of money used for controlled buy on 3/2/01 |
| W14 | | 06/27/02 | witness | witness | ISMAEL AGUON |
| W15 | | 06/27/02 | witness | witness | JOSEPH AGULTO |
| W16 | | 06/27/02 | witness | witness | DEBORAH MUUSERS |
| 133 | | 06/27/02 | 06/27/02 | | Written Report for Currency used for controlled buy |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 134 | | 06/27/02 | 06/27/02 | | Report of Investigation dated 3/7/01 |
| 131 | | 06/27/02 | 06/27/02 | 06/27/02 | Cellular & Phone Toll Analysis |
| | D | 06/27/02 | 06/27/02 | | Report of Investigation done by DEA Agent Muusers (Mary Jane Fleming) |
| | W1 | 06/28/02 | witness | witness | RICHARD LIZAMA |
| 138 | | 06/28/02 | 06/28/02 | | Entry Permit Papers for Ms. Yang (LIDS) |
| | W2 | 06/28/02 | witness | witness | FRANCES RUBUENOG |
| 139 | | 06/28/02 | 06/28/02 | | Report written by DEA re: Investigation of Ms. Yang |

Gov't exhibits 1-10, 12
All check-marked items withdrawn from
Court by DEA SA D.Muusers
[signature] 7/22/02

Witness By: [signature]
Chief Deputy

Exhibits (Highlighted in Green) were withdrawn
from the Court by DEA SA Ray Rengull on 9/09/02.

Signed: [signature]

Witnessed by: [signature]
Deputy Clerk

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. RB-01-0011 | G-DEP IDENTIFIER WCA3L |
|---|---|---|
| Joe Meno, SA (NDEC)<br>Guam RO | FILE TITLE<br>TSAI, Chung Mao et. al. | |
| | DATE 06/18/2002 | |

**DIVISION/DISTRICT OFFICE**

LAFD/HDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| N-1 ? | Microcassette | For review by AUSA John Rice |
| N-2 ? | Microcassette | in preparation for trial |
| N-3 ? | Microcassette | scheduled 6/24/02 |
| N-4 ? | Microcassette | |
| N-5 ? | Microcassette | |
| N-6 ? | Microcassette | |
| N-7 | Microcassette | |
| N-8 | Microcassette | |
| N-9 | Microcassette | |
| N-10 | Microcassette | |
| N-11 | Drug Paraphernalia & black pouch | |
| N-12 | Plastic Baggies | |
| N-13 | Plastic straws inside plastic bags | |
| N-14 | Misc. Documents | |
| N-15 | Bank records in pink plastic bag | |
| N-16 | Organizer | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
Deborah Mussers, SA

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5 2 Version

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Joe Meno, SA (NDEC)<br>Guam RO | RB-01-0011 | WCA3L |
| | FILE TITLE | |
| | TSAI, Chung Mao et. al. | |
| | DATE | |
| | 06/18/2002 | |

**DIVISION/DISTRICT OFFICE**

LAFD/HDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| N-17 | Box containing drug paraphernalia | For review by AUSA John Rice |
| N-19 | Microcassette | in preparation for trial |
| N-20 | Microcassette | scheduled 6/24/02 |
| N-21 | Microcassette | |
| N-22 | Microcassette | |
| N-23 | Cosmetic Bag containing misc. items | |
| N-24 | Microcassette | |
| N-25 | Audio cassette tape | |
| N-26 | Piece of paper & misc. documents | |
| N-27 | MTC billing & Chinese written documents | |
| N-28 | One ziploc bag | |
| N-29 | Organizer | |
| N-30 | Misc. documents | |
| N-31 | Assorted documents | |
| N-32 | Assorted business documents | |
| N-33 | Envelope containing ziploc baggies | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type)<br>Deborah Mussers, SA |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |

FORM DEA-12 (9-00) *Previous editions obsolete*      Electronic Form Version Designed in JetForm 5 2 Version

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. RB-01-0011 | G-DEP IDENTIFIER WCA3L |
|---|---|---|
| Joe Meno, SA (NDEC)<br>Guam RO | FILE TITLE<br>TSAI, Chung Mao et. al. | |
| | DATE 06/18/2002 | |

**DIVISION/DISTRICT OFFICE**

LAFD/HDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| N-34 | Assorted written documents in Chinese | For review by AUSA John Rice |
| N-37 | Misc. indicia, notebook & bank statement | in preparation for trial |
| N-38 | Misc. indicia, paper w/ notation | scheduled 6/24/02 |
| N-39 | Misc. indicia, notebook & register book | |
| N-40 | Misc. indicia, pcs. of paper & ph. book | |
| N-41 | Misc. indicia & pcs. of paper w/notation | |
| N-42 | Misc. indicia & several pcs. of paper | |
| N-43 | Two passports & misc. indicia | |
| N-44 | Cigarette box w/transmitter | |
| ************ | ********NOTHING TO FOLLOW************ | ****************************** |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Deborah Mussers, SA

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**

FORM DEA-12 (9-00) *Previous editions obsolete*　　Electronic Form Version Designed in JetForm 5 2 Version