ORIGINAL

1  TsaiJung-Yao.ord

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: 472-7332
6  FAX: 472-7215

7  Attorney's for United States of America

8

9

10

11  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 01-00010
                                        )
12              Plaintiff,              )
                                        )         **O R D E R**
13              v.                      )
                                        )    Re: United States Petition to Remit
14  JUNG-YAO TSAI,                      )        Special Assessment Fee
                                        )
15              Defendant.              )
    _____)

16

17      Based upon the Plaintiff's Petition to Remit the Special Assessment Fee, the Court hereby

18  finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the special

19  assessment fee are not likely to be effective.  Likewise, the Court finds that it is in the interests of

20  justice to remit the defendant's unpaid special assessment fee.  Accordingly, the Court orders that

21  the defendant's special assessment fee inclusive of any interest or penalties are remitted.

22      **SO ORDERED**, this _13_ day of _February_____, 2006.

23

24

25                                      _____
                                        ALEX R. MUNSON
26                                      Chief Judge
                                        District Court for the Northern
27                                          Mariana Islands

28

F I L E D
Clerk
District Court

FEB 13 2006

For The Northern Mariana Islands
By_____
              (Deputy Clerk)

RECEIVED

FEB 10 2006

Clerk
District Court
Northern M...