```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   MAR 1 3 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                      (Deputy Clerk)
```

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND THE NMI

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **January 8, 2003**, as File number **03-063**, are hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Tsai, Jung-Yao        Address:   Tao Yuan County
        SSN:    XXX-XX-1591
        DOB:    XX-XX-1697

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

    Court Number:    CR 01-00010

    Amount of Judgment:    $1,000.00 Special Assessment Fee

    Place of filing:    NMI

WITNESS my hand at Hagåtña, Guam, on this, the 22nd day of February, 2006.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney