FILED
Clerk
District Court

FEB 1 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL CASE |
| Plaintiff, | ) | NO. 01-00010-001 |
| | ) | |
| -v- | ) | ORDER EXONERATING BOND |
| | ) | |
| JUNG-YAO TSAI, | ) | |
| | ) | |
| Defendant. | ) | |

On April 3, 2001, Mr. Perry B. Inos, attorney for the defendant Jung-Yao Tsai posted the mortgage of a property belonging to Jose Concepcion Salas and Lucia Matagolai Salas delineated as Lot 345 R 232, containing an area of 932 square meters, situated in Sinapalo, Rota, for the pretrial release of defendant during the pendency of the above-caption case.

The defendant having been convicted by the jury was ordered on November 29, 2002 to serve a concurrent imprisonment sentence of 33 months.

The United States Probation Office having reported that the defendant Jung-Yao Tsai has served his sentence of incarceration and has been deported; Now Therefore,

IT IS HEREBY ORDERED that the property bond (Mortgage) posted by Jose Concepcion Salas and Lucia Matagolai Salas posted to secure the defendant's liberty during the pendency of this action, is hereby exonerated and the same be returned to Jose Concepcion Salas and Lucia Matagolai Salas.

Dated this 12th day of February, 2007.

*Alex R. Munson*

Hon. Alex R. Munson

Chief Judge

Concur

_____
U. S. Attorney, NMI

2/12/07
Date

Concur

_____
U. S. Probation Office, NMI

2/12/07
Date

AO 72
(Rev. 08/82)